ROOSEVELT MEMORIAL ASSOCIATION OF OYSTER BAY, INC., Respondent, v. CHARLES H. JONES et al., Individually and as Executors of MARY E. JONES, Deceased, Appellants, and ARTHUR E. JONES et al., Respondents.

*Appeal — motion to dismiss appeal denied.*

Reported below, 216 App. Div. 760.

(Argued September 27, 1926; decided October 5, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1926, which affirmed an order of Special Term confirming the report of commissioners in condemnation proceedings.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to entertain the appeal.

*Rolland Miles* for motion.

*David C. Bennett* opposed.

Motion denied, without costs, and appellant allowed to file stipulation *nunc pro tunc.*